**JUDGE ABRAMS**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/19
```

|  |  |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Misc. Action No. |
| Applicant, | **19 MISC 349** |
| v. | |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, | |
| Respondent. | |

### ORDER TO SHOW CAUSE

Applicant United States Equal Employment Opportunity Commission ("EEOC") has filed an Application for an Order to Show Cause why a certain administrative subpoena should not be enforced. The EEOC states that Subpoena No. NY-A18-016 was issued to Respondent New York State Department of Taxation and Finance, pursuant to Section 710 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-9, on June 8, 2018, in connection with the EEOC's investigation of EEOC Charge Nos. 520-2016-01734 and 520-2016-01736.

It is hereby ORDERED that:

1. Applicant shall serve Respondent with a copy of its Application and all supporting materials and with a copy of this Order, by sending them via Certified Mail in the manner specified by NY CPLR § 307.2, within three (3) business days of the entry of this Order; and Applicant shall file proof of service once such service has been completed;

2. Respondent shall file and serve its answer to the Application within 30 days of entry of this Order;

3. Applicant shall file and serve any reply in support of its Application within 14 days after the filing of Respondent's answer; and

4. Respondent shall appear on the 12th day of September, 2019, at 3:00 p.m. in Courtroom 1506, United States Courthouse, 40 Foley Sq. ~~Street,~~ New York, NY, and show cause why it should not be compelled to comply with the Subpoena issued to it.

Dated: July 24, 2019

_____
UNITED STATES DISTRICT JUDGE